**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-2264**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JACOB WAYNE LONG,

Claimant - Appellant,

and

$1197.00 US CURRENCY; ONE 1967 CAMARO
CHEVROLET, Vin #124377N13878; ONE 1997
KAWASAKI 4-WHEELER, Vin #JKAVFKB12WB500920;
ONE 1991 MAZDA SUV, Vin #4F2CU44XMUM12755; ONE
1987 ITASCA CHEVROLET R/V CAMPER, Vin
#1GBKP37W7H3328434,

Defendants.

———————————

**No. 07-1133**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONALD LONG,

Claimant - Appellant,

and

$1197.00 US CURRENCY; ONE 1967 CAMARO CHEVROLET, Vin #124377N13878; ONE 1997 KAWASAKI 4-WHEELER, Vin #JKAVFKB12WB500920; ONE 1991 MAZDA SUV, Vin #4F2CU44XMUM12755; ONE 1987 ITASCA CHEVROLET R/V CAMPER, Vin #1GBKP37W7H3328434,

                                                    Defendants.

————————————

Appeals from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, Senior District Judge. (1:00-cv-00164-WLO)

————————————

Submitted: June 15, 2007                    Decided: July 10, 2007

————————————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Jacob Wayne Long and Ronald Long, Appellants Pro Se. Lynne P. Klauer, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Jacob W. Long and Ronald Long appeal the district court's order denying their motions to set aside default judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Long and United States v. $1197.00 US Currency, No. 1:00-cv-00164-WLO (M.D.N.C. Aug. 31, 2006 & Sept. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED